UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW KARL,

    Plaintiff,

-vs-

CALUMET RIVER FLEETING,

    Defendant.
_____/

Case No:  FILED: MAY 30, 2008
08CV3121   RCC
JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248)  258-6262
(248) 258-6047
dob@obryanlaw.net
    -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com
_____/

## **COMPLAINT**

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, complaining against Defendant as follows:

1

1.  Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2.  Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure and wages.

3.  At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4.  On or about February 18, 2008, Plaintiff was in the course of employment which placed him in a dock of which Defendant knew or should have been aware of its state of disrepair and/or danger with Plaintiff being unaware thereby and as a result of said failure to provide a safe place to work and seaworthy vessel Plaintiff was injured.

5.  Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

    a.  Pain and suffering, past, present and future;

    b.  Mortification, humiliation, fright shock and embarrassment;

    c.  Loss of earnings and earning capacity;

    d.  Hospital, pharmaceutical and other cure expenses;

    e.  Aggravation of prior condition, if any there be;

    f.  Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g.  Mental anguish;

      h.      Found;

      i.      Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

              O'BRYAN BAUN COHEN KUEBLER KARAMANIAN

/s/ Dennis M. O'Bryan

DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net


-and-

/s/ Frederic Mendelsohn (w/ consent)

Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com

Dated:   May 30, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW KARL,

    Plaintiff,

-vs-                         Case No:    FILED: MAY 30, 2008
                                               08CV3121   RCC
CALUMET RIVER FLEETING,            JUDGE GUZMAN
                                               MAGISTRATE JUDGE SCHENKIER

    Defendant.
_____/

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248)  258-6262
(248) 258-6047
dob@obryanlaw.net
        -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com
_____/

DEMAND FOR TRIAL BY JURY

      NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN

KUEBLER KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of

action.

1

                              O'BRYAN BAUN COHEN KUEBLER KARAMANIAN

/s/ Dennis M. O'Bryan
_____
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

       -and-

/s/ Frederic Mendelsohn (w/ consent)
_____
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com

Dated:    May 30, 2008