## United States District Court for the Northern District of Illinois

Case Number: 08CV3121          Assigned/Issued By: DAJ

Judge Name: GUZMAN          Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 2818310

Date Payment Rec'd: 05/30/08          Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1 Original and 0 copies on 05/30/08 as to DEF. _____
                                  (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05