UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW KARL,

    Plaintiff,

-vs-                                                Case No: 1:08-cv-3121

CALUMET RIVER FLEETING and
EMESCO,

    Defendants.
_____/

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net
       -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com
_____/

**FIRST AMENDED COMPLAINT**

      NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, complaining against Defendants as follows:

1

1. Jurisdiction and venue lie in this action, Defendants conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, breach of warranty of workmanlike service and negligence.

3. At all times material to issues herein Plaintiff served as an employee of Defendant Calumet River Fleeting serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about February 18, 2008, Plaintiff was in the course of employment which placed him on a dock of which Defendant(s) knew or should have been aware of its state of disrepair and/or danger with Plaintiff being unaware thereby and as a result of said failure to provide a safe place to work Plaintiff was injured; Defendant Emesco's liability arises out of its breach of warranty of workmanlike service and breach of its duty not to commit negligence.

5. Defendants' tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

    a. Pain and suffering, past, present and future;

    b. Mortification, humiliation, fright shock and embarrassment;

    c. Loss of earnings and earning capacity;

    d. Hospital, pharmaceutical and other cure expenses;

    e. Aggravation of prior condition, if any there be;

    f. Inability to engage in social, recreational,

          and other pursuits previously enjoyed;

        g.     Mental anguish;

        h.     Found;

        i.     Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendants, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

                              O'BRYAN BAUN COHEN KUEBLER
                                      KARAMANIAN

/s/ Dennis M. O'Bryan

DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

DATED:  June 23, 2008

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 23rd day of June, 2008 the foregoing was filed using the Court's ECF Filing System and will be served on Defendant Emesco via certified mail upon receipt of Summons and upon Defendant Calumet River Fleeting via first class mail with postage fully prepaid thereon at P.O. Box 209, Whiting, IN 43649 on the 23rd day of June, 2008.

                                /s/ Dennis M. O'Bryan

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Andrew Karl,
    Plaintiff

CASE NUMBER: 1:08-cv-3121

V.

ASSIGNED JUDGE: Ronald A. Guzman

Calumet River Fleeting and Emesco,
    Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Emesco
12100 S. Stony Island Ave.
Chicago, IL 60633

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

O'Bryan Baun Cohen Kuebler Karamanian
Dennis M. O'Bryan
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

    NOTE: When the print dialogue
    box appears, be sure to uncheck
    the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                       *Signature of Server*

                                      _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.