IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW KARL | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 08 CV 3121 |
| | ) | |
| CALUMET RIVER FLEETING, | ) | Judge Guzman |
| | ) | |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF FILING

Ross M. Kucera, one of the attorneys for **CALUMET RIVER FLEETING INC.**, certifies that Defendant's Rule 26(a)(1) Disclosures; Interrogatories; and, Request to Produce to Plaintiff were served upon all counsel of record via regular U.S. Mail on this 28th day of July, 2008.

**CALUMET RIVER FLEETING INC.**

By: \s\: Ross M. Kucera
One of Its Attorneys

Ross M. Kucera
**BELGRADE AND O'DONNELL, P.C.**
20 N. Wacker Drive, Suite 1900
Chicago, Illinois 60606
(312) 422-1700